# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ABBY FISHER, individually and on Behalf of all others similarly situated In Missouri, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| | ) Case No. 20-00831-CV-W-NKL |
| HY-VEE, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

___ Jury Verdict. This action came before the Court for a trial by jury.

X     Decision by Court. This action came before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Howard F. Sachs on November 24, 2020, Plaintiff's Motion to Remanded is granted and the case is remanded to the Circuit Court of Jackson County, Missouri.

Date: November 24, 2020      PAIGE WYMORE-WYNN
                                                  Clerk of Court

                                                  s/ RENEA MATTHES MITRA
                                                  By: Renea Matthes Mitra, Courtroom Deputy